No. 108, Misc.   ADKINS, ADMINISTRATRIX, *v.* E. I. DU PONT DE NEMOURS & CO., INC. ET AL.   C. A. 10th Cir. Certiorari denied.   *John W. Porter, Jr.* for petitioner. *Solicitor General Perlman* for the United States; and *Peter B. Collins, G. C. Spillers* and *G. C. Spillers, Jr.* for Du Pont & Co., respondents.

No. 110, Misc.   DUNLAP *v.* HANNAY, U. S. DISTRICT JUDGE.   C. A. 5th Cir.   Certiorari denied.

No. 150, Misc.   RODINCIUC *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.   *Abraham E. Freedman* and *Charles Lakatos* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Leavenworth Colby* for the United States.

No. 171, Misc.   BARKER *v.* SHARP ET AL.   Supreme Court of Minnesota.   Certiorari denied.

No. 210, Misc.   MURPHEY ET AL. *v.* CALIFORNIA.   Supreme Court of California.   Certiorari denied.   *Ernest Spagnoli* for petitioners.

No. 218, Misc.   JULIANE *v.* NEW YORK.   Supreme Court of New York.   Certiorari denied.

No. 220, Misc.   BEYERS *v.* RAGEN, WARDEN.   Supreme Court of Illinois.   Certiorari denied.

No. 229, Misc.   PHYLE *v.* DUFFY, WARDEN.   Supreme Court of California.   Certiorari denied.   *Morris Lavine* for petitioner.